UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CASE NO. 1:14-CV- 04132-ER

SECURITIES AND EXCHANGE
COMMISSION,

                                         Plaintiff,

    v.

LUIS CHANG
and
EVERBRIGHT DEVELOPMENT
OVERSEAS LIMITED.

                                      Defendants.

## **ORDER TO DISBURSE FUNDS TO PAY TAX LIABILITIES**

The Court, having reviewed the Securities and Exchange Commission's ("SEC" or "Commission") Motion for an Order to Disburse Funds to Pay Tax Liabilities, and the supporting Declarations of the Tax Administrator, and for good cause shown,

**IT IS HEREBY ORDERED:**

1. The motion is granted.

2. The Commission shall initiate the disbursement from the Distribution Fund maintained under the case name designation "SEC v. Chang, Luis et al." payable to "Miller Kaplan Arase SEC Trust Account" for the amounts of: (1) $23,774.00, with a notation of "SEC v. Luis Chang, EIN XX-XXX9191, Tax Year 2019 and (2) $10,000, with a notation of "SEC v Luis Chang, EIN XX-XXX9191, Second Quarter, Tax Year 2020, for the payment of the tax liabilities as provided in the supporting Declarations.

1

3.  The checks shall be sent by U.S. mail to:

>   Miller Kaplan Arase LLP
>   Two Embarcadero Center
>   Suite 2280
>   San Francisco, CA 94111

SO ORDERED.

_____
Edgardo Ramos, U.S. D.J.
Dated: 10/21/2020
New York, New York

2