**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**CASE NO. 1:14-CV-04132-ER**

**SECURITIES AND EXCHANGE COMMISSION,**

**Plaintiff,**

**v.**

**LUIS CHANG**

**and**

**EVERBRIGHT DEVELOPMENT OVERSEAS LIMITED,**

**Defendants.**

# ORDER APPROVING THE FINAL ACCOUNTING, REMITTING FUNDS TO THE U.S. TREASURY, TERMINATING THE FAIR FUND, AND DISCHARGING THE DISTRIBUTION AGENT

The Court, having reviewed the U.S. Securities and Exchange Commission's Motion for an Order Approving the Final Accounting, Remitting Funds to the U.S. Treasury, Terminating the Fair Fund, Discharging the Distribution Agent, and Related Relief (the "Motion"); the accompanying Memorandum of Law in Support of Its Motion and exhibits thereto; and for good cause shown,

**IT IS HEREBY ORDERED**, that:

1. The Motion is **GRANTED**;

2. The Final Accountings attached as Exhibits B and C to the Memorandum accompanying the Motion are **APPROVED**;

3. Consistent with equitable principles,

   a. The SEC shall transfer all remaining funds in the Fair Fund and any future funds received in this matter to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)]; and

   b. Any funds returned to the Fair Fund in the future shall be transferred to the SEC

for remittance to the U.S. Treasury, subject to Section 21F(g)(3) of the Securities Exchange Act of 1934 [15 U.S.C. § 78u-6(g)(3)].

4. The Fair Fund is **TERMINATED**; and

5. The Distribution Agent is **DISCHARGED**.

Dated: November 24, 2026

Edgardo Ramos
United States District Judge
New York, New York